**Alvin E. WILLIAMS; Judith M. Brown-Williams, Plaintiffs-Appellants,**

v.

**BENTLEY MOTORS, INC.; Rusnak Pasadena, Defendants-Appellees.**

**No. 16-56317**

United States Court of Appeals, Ninth Circuit.

Submitted June 26, 2017 *

Filed July 6, 2017

Alvin E. Williams, Pro Se

Judith M. Brown-Williams, Pro Se

Sean P. Conboy, I, Esquire, Gonzalo C. Martinez, Attorney, Squire Patton Boggs

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

(US) LLP, San Francisco, CA, for Defendants-Appellees

Before: PAEZ, BEA, and MURGUIA, Circuit Judges.

MEMORANDUM *

Alvin E. Williams and Judith M. Brown-Williams appeal pro se from the district court's order denying their post-judgment motion for reconsideration in their action alleging federal and state law claims. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion. *Sch. Dist. No. 1J, Multnomah Cty., Or. v. ACandS, Inc.,* 5 F.3d 1255, 1262 (9th Cir. 1993). We affirm.

The district court did not abuse its discretion by denying appellants' fourth motion for reconsideration because appellants failed to establish any basis for such relief. *See id.* at 1262-63 (setting forth grounds for reconsideration under Fed. R. Civ. P. 60(b)).

Appellants' pending motions (Docket Entry Nos. 22, 23, and 24) are denied.

**AFFIRMED.**

---

* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.